UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BOOMERANG SYSTEMS, INC.,
BOOMERANG SUB, INC., BOOMERANG USA CORP.
and BOOMERANG MP HOLDINGS, INC.,

          Plaintiffs,

-against-

PARKING SOURCE LLC, HARVEY
HERNANDEZ and JESUS QUINTERO,

          Defendants.

15 Civ. 6524 (ALC) (DCF)

---

### NOTICE OF MOTION TO PERMIT STEVENS & LEE, P.C. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS PARKING SOURCE LLC, HARVEY HERNANDEZ AND JESUS QUINTERO

PLEASE TAKE NOTICE that upon the accompanying Declaration of Constantine D. Pourakis, the undersigned will move before the Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, New York, NY 10007, on such date as the Court will determine, for an Order under Local Rule 1.4 permitting Stevens & Lee, P.C. to withdraw as counsel of record for Defendants Parking Source LLC, Harvey Hernandez and Jesus Quintero in the above-referenced action.

Dated: New York, New York
      April 20, 2016

Respectfully submitted,

STEVENS & LEE, P.C.

By: _____
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 537-0409
Facsimile: (610) 371-1237
cp@stevenslee.com
*Attorneys for Defendants*