UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BOOMERANG SYSTEMS, INC.,
BOOMERANG SUB, INC., BOOMERANG USA CORP.
and BOOMERANG MP HOLDINGS, INC.,

                  Plaintiffs,

-against-

PARKING SOURCE LLC, HARVEY
HERNANDEZ and JESUS QUINTERO,

                  Defendants.

15 Civ. 6524 (ALC) (DCF)

---

## CERTIFICATE OF SERVICE

I, Constantine D. Pourakis, an attorney admitted to practice in the State of New York and before this Court, hereby certify that:

On the 20th day of APRIL, 2016, the Notice of Motion to Permit Stevens & Lee, P.C. to withdraw as Counsel of Record for the Defendants Parking Source LLC, Harvey Hernandez and Jesus Quintero, and the Declaration of Constantine D. Pourakis in Support of the Motion, all dated April 20, 2016, were served on all parties in interest through the Court's CM/ECF system, and additionally, upon the following by Federal Express:

Jenny H. Kim, Esq.
Berg & Androphy
120 W. 45th Street, 38th Floor
New York, NY 10036
*Outgoing Attorneys for Plaintiffs*

Jaime D. Guttman, Esq.
Private Advising Group, P.A.
600 Brickell Avenue, Suite 1725
Miami, FL 33131
*Defendants' Counsel*

Matthew Sarelson, Esq.
Kaplan Young & Moll Parron LLP
600 Brickell Avenue
Suite 1715
Miami, FL 33131
*Defendants' Counsel*

Fred Stevens, Esq.
John E. Jureller, Jr., Esq.
Klestadt Winters Jureller Southard Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
*Incoming Attorneys for Plaintiffs*

04/19/2016 SL1 1411591v1 109821.00001

Parking Source LLC
c/o Newgard Development Group
1300 Brickwell Bay Dr., Suite 400
Miami, FL 33131

Mr. Harvey Hernandez
c/o Newgard Development Group
1300 Brickwell Bay Dr., Suite 400
Miami, FL 3313

Mr. Jesus Quintero
c/o Newgard Development Group
1300 Brickwell Bay Dr., Suite 400
Miami, FL 33131

Dated: New York, New York
April 20, 2016

_____
Constantine D. Pourakis