USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GAVIN/SOLMONESE, LLC, AS LIQUIDATING : Case No. 15 Civ. 6524 (ALC)
TRUSTEE OF BOOMERANG SYSTEMS        : (DCF)
LIQUIDATING TRUST,                  :
                                    :
                   Plaintiff,       :
        -against-                   : **STIPULATION OF DISMISSAL**
                                    : **WITH PREJUDICE**
                                    :
PARKING SOURCE LLC, HARVEY          :
HERNANDEZ and JESUS QUINTERO        :
                                    :
                   Defendants.      :
-------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and among the respective parties, that the above-entitled action, *inclusive of all claims and counterclaims asserted by the respective parties*, be, and the same hereby is, discontinued, with prejudice and without costs or attorneys' fees to or against any party.

Dated:  New York, New York          Dated:  Miami, Florida
        October 10, 2017                    October 10, 2017

**KLESTADT WINTERS JURELLER**        **PRIVATE ADVISING GROUP, P.A.**
**SOUTHARD & STEVENS**

By: _____      By: _____
    John E. Jureller, Jr.                 Jaime D. Guttman

200 West 41st Street, 17th Floor     600 Brickell Avenue, Suite 1725
New York, New York 10036             Miami, Florida 33131
Tel. (212) 972-3000                  Tel. (786) 292-1597

*Attorneys for Plaintiff*             *Attorneys for Defendants*

**SO ORDERED:**

Dated: October 11, 2017

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE